**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00706-CV

### IN RE ROBERT LOUIS CHUBB, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-368-W-304**

## ORDER

The Court has before it relator's petition for writ of mandamus. The Court requests that

real party in interest and respondent file any responses to the petition by June 10, 2013.

/s/     ROBERT M. FILLMORE
JUSTICE